United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| CARL THOMAS BERGMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-cv-236 |
| | § | |
| CARLING CALDWELL, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On September 4, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 20. Judge Edison filed an amended memorandum and recommendation on October 1, 2026, recommending that the defendant's motion to dismiss (Dkt. 9) be granted and the plaintiff's claims dismissed with prejudice. Dkt. 27.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's amended memorandum and recommendation (Dkt. 27) is approved and adopted in its entirety as the holding of the court;

(2) The defendant's motion to dismiss (Dkt. 9) is granted and the plaintiff's claims are dismissed with prejudice.

SIGNED on Galveston Island this 16th day of October, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE